UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Case: 1:26-mj-00081
) Assigned To : Upadhyaya, Moxila A.
AMARI WILLIAMS ) Assign. Date : 4/30/2026
) Description: COMPLAINT W/ARREST WARRANT
*Defendant.* )
)

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Bryan Mancuso, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.     I submit this affidavit in support of a criminal complaint charging AMARI WILLIAMS with distribution and receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4) and (b)(2).  Specifically, on or about between September 27, 2025, and April 29, 2026, AMARI WILLIAMS (hereinafter WILLIAMS) knowingly distributed child pornography via the messaging application Telegram while located in the District of Columbia, and on April 29, 2026, WILLIAMS knowingly possessed child pornography while located in the District of Columbia.

2.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3.      Your affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department of the District of Columbia (MPDC) since 2008, and is currently a Detective assigned to the Federal Bureau of Investigation (FBI) and the Metropolitan Police Department's Child Exploitation and Human Trafficking Task Force. Your Affiant has investigated sexual offenses involving children since 2014, as a Task Force Officer (TFO). Your Affiant is responsible for investigating internet crimes against children, such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children and has been deputized as a federal law enforcement officer by the United States Marshal Service. Throughout my career, your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking. Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant has received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of other investigative tools available to law enforcement officers. Your Affiant has previously sworn to and obtained search warrants in Superior Court and the District of Columbia, which have led to the recovery of evidence and the arrest of individuals for criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.  It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (distribution of child pornography) and 18 U.S.C. § 2252(a)(4) and (b)(2) (hereafter, the TARGET OFFENSES) have been committed by WILLIAMS and others known and unknown.

### PROBABLE CAUSE

6.      The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children.  NCMEC operates a Cyber Tipline and Child Victim Identification program.  Through the Cyber Tipline, Internet Service Providers (ISPs), Electronic Service Providers (ESPs), and individual persons may notify NCMEC of online child sexual abuse images.  NCMEC makes information submitted to the Cyber Tipline and Child Victim Identification Program available to law enforcement agencies.

7.      On September 28, 2025, an employee of WhatsApp reported that the WhatsApp account 1202XXX5851 (TARGET ACCOUNT) contained five (5) files of suspected Child Sexual Assault Material (CSAM). These images were uploaded to the WhatsApp servers on September 27, 2025, from an IP address that resolves to a Comcast Cable account in the Washington, D.C. area. WhatsApp advised that the user had provided the phone number 202-XXX-5851 when registering the account. WhatsApp reported that a WhatsApp employee had reviewed the suspected CSAM before submission to NCMEC.

8.      Your affiant was provided with copies of the suspected CSAM reported by WhatsApp and reviewed the content that a WhatsApp employee previously reviewed. Your affiant confirmed that the images depicted CSAM. Your affiant specifically observed the following files:

      a.  **6be208fd8202fad817201c3b0e7b5dd5:** This is a video file

that is twenty-eight seconds in length that depicts a prepubescent male wearing a black shirt being orally penetrated by an adult male's erect penis. After approximately twelve second the adult male turns to his right and orally penetrates a second prepubescent male wearing grey shorts. The young boys have very young facial features and are very small in stature.

b. **6be208fd8202fad817201c3b0e7b5dd5:** This is a video file that is 1 minute and 1 second in length that depicts a prepubescent male wearing a blue shirt being orally penetrated by a pubescent male's erect penis. The young boy has very young facial features and is very small in stature.

c. **5ca0732097eb5234a7ab03853eaf9ea7:** This video file, which is nineteen seconds in length, depicts a prepubescent male wearing a white onesie and a grey shirt lying on his back being digitally penetrated in his anus by what appears to be an adult with a tattoo above the thumb. The young boy is very small in stature.

9. On November 24, 2025, a member of the FBI issued an administrative subpoena to AT&T for subscriber information related to 202-XXX-5851. This phone number was used to verify the WhatsApp account associated with the upload and possession of CSAM.

10. On November 7, 2025, an employee from AT&T provided the requested information and advised that the subscriber's name is Marquietta Williams. The subscriber and billing address given is XXXX Robinson Place SE, Apt. 402, Washington, DC 20020. AT&T advised that service began on September 25, 2021, and is currently active.

11. On November 24, 2025, a member of FBI issued an administrative subpoena to Comcast for the subscriber information related to IP address 2601:152:1281:68e0:b40a:7110:294b:850 assigned on 09-27-2025 at 11:51:32 UTC. This IP address was being used by the above-referenced WhatsApp account during the time of the upload and possession of CSAM.

12. On November 28, 2025, an employee from Comcast provided the requested

information and advised that the subscriber's name is Marquietta Williams.  The subscriber and billing address given is XXXX Robinson Place SE, Apt. 402, Washington, DC 20020.  This is the same address associated with the phone number used to set up the WhatsApp account.  Comcast advised that service is currently active.

13.     On January 07, 2026, a member of the FBI issued an administrative subpoena to WhatsApp for subscriber information related to 202-XXX-5851.  This phone number was registered as the WhatsApp account phone number associated with the upload and possession of CSAM.

14.     An employee from WhatsApp provided the requested information and advised that the WhatsApp account service start date was August 05, 2025, utilizing an iPhone with the IP address of 2601:152:1281:68e0:b40a:7110:294b:850, the same IP address referenced above.

15.     On November 24, 2025, your affiant served a search warrant issued in the United States District Court for the District of Columbia to WhatsApp for records pertaining to account 1202XXX5851.  On April 01, 2026, WhatsApp provided responsive records. Law enforcement reviewed these records and made the following observations:

   a.  Subscriber information for account 1202XXX5851 was consistent with that which was previously provided via the Cyber Tipline Report(s) and via administrative subpoena.

   b.  Law enforcement reviewed all of the video data provided by WhatsApp for account 1202XXX5851.  Agents identified 5 files consistent with CSAM, primarily of prepubescent female children.  These files were the same videos included in the Cyber Tipline Report.

   c.  WhatsApp provided Device Information for the device used to access the

above-referenced WhatsApp account.  WhatsApp identified the device as an Apple iPhone 16, OS Version 26.3, utilizing App Version iPhone-2.26.8.76.

d.  WhatsApp provided the following messages from the account:

1.  Message Time: 2026-03-07 10:19:18 UTC

🔥 🍓 Children's Secret Video Group
🔻 🚫 ** 🔞 50+ videos about young women and boys*
👇 👇 👇
https://chattwhatsopp.uxaqm.site/EkligdQOIMY IYbvxknJv * 🔞 80+ Mom and Son * 👇 👇 👇
https://chattwhatsopp.uxaqm.site/oJnXYsNkVB DjNvXMStxe

2.  Message Time: 2026-03-07 10:19:18 UTC

🔥 🍓 Children's Secret Video Group
🔻 🚫 ** 🔞 50+ videos about young women and boys* 👇 👇 👇
https://chattwhatsopp.uxaqm.site/EkligdQOIMY IYbvxknJv * 🔞 80+ Mom and Son* 👇 👇 👇
https://chattwhatsopp.uxaqm.site/oJnXYsNkVB DjNvXMStxe

3.  Message Time: 2026-03-07 10:18:21 UTC

🚫 🍆 Children's Secret Video Group
🔻 🔻 ** 🔞 100+ Hidden Camera Videos on children*
👇 👇 👇
https://chattwhatsopp.uxaqm.site/susxoOwlrkhc hvrVMmeu * 🔞 30+ Girl's first time videos* 👇 👇 👇
https://chattwhatsopp.uxaqm.site/lTKArCgdPQsGjtwyDEzg

16.   A query of law enforcement and open-source databases for the phone number 202-XXX-5851 returns to AMARI WILLIAMS, DOB: 02/XX/2004 with an address of XXXX Robinson Place SE #402, Washington, DC 20020.

17.   A query of D.C. Department of Motor Vehicles records indicated that the SUBJECT has an identification card with the listed address being XXXX Robinson Place SE #402,

Washington, DC 20020.

18.    On April 29, 2026, law enforcement executed a search warrant at the Robinson Place address. WILLIAMS was present, along with his 14-year-old brother.[1] During the execution of the warrant, WILLIAMS consented to a voluntary interview. Prior to conducting the interview, law enforcement advised WILLIAMS of his rights. During the voluntary interview, WILLIAMS provided law enforcement the passcode to unlock his cell phone, which was being seized pursuant to the aforementioned search warrant. While at the residence, law enforcement previewed the contents of WILLIAMS's cell phone, which was an Apple iPhone 16 located on top of the bed in the room where WILLIAMS was initiated encountered. The name of the phone is "Amari's iPhone," and the phone is registered to the AT&T Network with a telephone number of 202-XXX-5851.

19.    During an on-scene preview of the device, CSAM was found in both the Telegram[2] and Photos applications. The Telegram account is associated with display name "Mari Williams" and telephone number 202-XXX-5851. A review of the Telegram application revealed that WILLIAMS had chats with other individuals and in groups where WILLIAMS sent and received CSAM, some of which are described below:

- On or about March 6, 2026, the following videos were distributed via the Telegram application by WILLIAMS to a Telegram user with display name "Tommy Ventu:"

  o An approximately 49 second video depicting a minor male, wearing only underwear, who appeared to be between 7 and 9 years old engaged in oral sexual intercourse with another unknown male, who also appeared to be a minor. Both faces are shown in the video.

  o An approximately 48-second video depicting a minor male who appeared to be below the age of 12 years old, being anally penetrated from behind by an unknown

---

[1] Law enforcement learned that WILLIAMS'S mother, Marquietta, and his stepfather, E.W., also live at the residence. However, they were not present during the execution of the search warrant.

[2] Telegram is an online messaging application that allows users to direct message, group message, and use encrypted messaging services.

adult male. Both the minor male and adult male appear fully naked.

- On or about March 6, 2026, the following video was received via the Telegram application by WILLIAMS from a Telegram user with display name "Tommy Ventu:"

  - An approximately 20-second video depicting a minor male on his knees. In the video, the minor male is being anally penetrated from behind by an unknown male. The minor male's face is shown in the video.

- On or about April 23, 2026, the following video was distributed via the Telegram application by WILLIAMS to a Telegram user display name "Shoaib Malik:"

  - An approximately 2 minute and 13-second video depicting what appears to be a minor male performing oral sexual intercourse on another male, who also appears to be a minor. Both faces are clearly shown in the video.

- In the group "Dividers", the following video was either sent or received by AMARI on or about August 14, 2025:[3]

  - An approximately 2 minute and 2-second video depicting a minor female, who appeared to be between 6 and 9 years old, performing oral sexual intercourse on an unknown adult male. In the video, the minor female is wearing pants and her face is clearly shown.

20.    A review of the Photos application revealed that there are multiple videos and/or images that depicted CSAM in the Hidden album. One of these videos is a screen recording, created on or about April 15, 2026, which appeared to depict a minor male, fully naked, facing the camera. The minor male is seen digitally penetrating his anus with his fingers. The minor male then turns his body, facing away from the camera, such that that camera is now focused directly on the minor male's anus.

21.    WILLIAMS agreed to speak with law enforcement. WILLIAMS admitted that he downloaded the CSAM files to his WhatsApp account, as reported in the CyberTip, but advised

---

[3] Law enforcement advised that the file was contained under a "tag" of a group chat. It appeared that the video had been saved from a previous occasion where someone had sent it, but because it appeared as a saved file, law enforcement could not determine who sent it.

those files had been deleted along with his WhatsApp account.  WILLIAMS also admitted to receiving and distributing CSAM on his Telegram account.  WILLIAMS admitted to having approximately 1000 images and videos of CSAM saved on his Telegram account and cell phone which he uses to trade with other individuals on Telegram for more CSAM.

22.     WILLIAMS admitted to downloading Telegram in order to join messaging groups that share CSAM.  WILLIAMS received hyperlinks to join Telegram CSAM sharing groups on X (formerly Twitter), however, he was not able to join those groups until he created an account. Once WILLIAMS created a Telegram account, he began joining Telegram groups which frequently share CSAM amongst the members.  WILLIAMS admitted to masturbating while looking at CSAM occasionally.

### CONCLUSION

23.     For the reasons set forth above, I submit that probable cause exists to believe that, on or about between March 6, 2026 and April 29, 2026, AMARI WILLIAMS committed the offenses of Distribution and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and Possession of Child Pornography, in violation of  18 U.S.C. § 2252(a)(4) and (b)(2).

Respectfully submitted,

_____
Bryan Mancuso
Detective
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on April 30, 2026.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge